IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REYMOND PAUL MARQUEZ,<br>Reg. No. 48448-480,<br><br>Petitioner,<br><br>v.<br><br>MILTON WASHINGTON,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     CASE NO. 2:24-CV-765-WKW<br>[WO] |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice.

The clerk of court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 15th day of September, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE